UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDAL PHAM,

    Plaintiff,

v.

DANIEL WATTS,

    Defendant.

Case No. 14-cv-02247-VC

**ORDER TO SHOW CAUSE**

On May 15, 2014, Defendant Daniel Watts removed this case to federal court on the basis that Plaintiff Randal Pham alleges a claim under the Lanham Act. No such claim, however, appears on the face of the complaint or in Pham's memorandum in opposition to change of venue, filed in state court. Watts is therefore ordered to show cause why there is federal jurisdiction over this case. Watts shall file a memorandum of law no longer than five pages by **June 24, 2014**. Pham shall file a response, also no longer than five pages, by **July 8, 2014**. A hearing on whether the case should be remanded due to the absence of jurisdiction will take place in Courtroom 4 in San Francisco at 10:00 a.m. on July 24, 2014.

**IT IS SO ORDERED.**

Dated: June 3, 2014

VINCE CHHABRIA
United States District Judge