UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL PHAM, M.D., an individual, | Case No. 14-CV-02247-VC |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE THE COMPLAINT OF RANDAL PHAM |
| vs. | |
| DANIEL WATTS, an individual, DOES 1-10 inclusive, | |
| Defendants. | Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

(Note: "PROPOSED" in title is shown with strikethrough)

**ORDER**

On June 10, 2014, Plaintiff filed its Motion to Enlarge Time to File Opposition to Defendant's Special Motion to Strike the Complaint of Randal Pham ("Motion to Enlarge Time").

Having considered the papers filed by the parties, the Court grants Plaintiff's Motion to Enlarge Time.

IT IS ORDERED that the hearing currently scheduled for July 3, 2014 for Defendant's motion to strike the complaint of Plaintiff Randal Pham (Doc. 14) is hereby vacated. Defendant may re-notice its motion to strike within fourteen (14) days after the Court's ruling on the Order to Show Cause, if the Court determines that is has jurisdiction over the present action. Plaintiff's response to any motion to strike, if necessary, after the Court determines the jurisdictional question, shall be due within 21 days after Defendant re-notices its motion.

Dated: June __11__, 2014

