**ARI LAW, P.C.**
Ali A. Aalaei, State Bar No. 254713
90 New Montgomery St., Suite 905
San Francisco, CA 94105
Telephone: 415-357-3600
Fax: 415-357-3602

Attorney for Plaintiff
RANDAL PHAM, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDAL PHAM, M.D., an individual, | Case No. 14-CV-02247 (VC) |
| Plaintiff, | **DECLARATION OF ALI A. AALAEI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES RELATING TO REMAND** |
| vs. | |
| DANIEL WATTS, an individual, DOES 1-10 inclusive, | Date: September 25, 2014 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 4 |
| | U.S. District Judge: Vince Chhabria |

I, Ali Aalaei, declare as follows:

1. I am a shareholder of ARI LAW, P.C. ("the Firm"), located at 90 New Montgomery Street, Suite 905, San Francisco, CA 94105.

2. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California.  The Firm was retained as counsel for Plaintiff Randal Pham, M.D. ("Plaintiff") in the present action ("the Action").

3. I have personal knowledge of all facts stated in this declaration, unless stated upon information and belief, and if called to testify, I could and would testify competently thereto.

4. I was admitted to the California State Bar on or about January 2, 2008.  I have been admitted to the United States District Court for the Northern District of California since approximately 2008.  I am also admitted to the United States District Court for the Central District of California and I have appeared before the United States District Court for the Eastern District of Texas.

5. I attended Suffolk University Law School in Boston, Massachusetts, where I received a *Juris Doctor* degree in 2007.  During law school I was a member of the *Suffolk University Law Review*. Since graduating law school, I have focused my practice in the areas of business and commercial litigation, including complex litigation.

6. In 2007, I authored an article relating to Title III of the Americans With Disabilities Act, which was selected for publication and published in Volume 40 of the *Suffolk University Law Review*.

7. I have been a shareholder of the Firm since 2008.

8. Since the Firm's inception over six years ago, I have served as lead counsel in various matters including trial.  For example:

   i.   In 2014, I served as lead trial counsel for a plaintiff in unrelated Case No. 78757, in the Superior Court of State of California, County of Nevada, before the Hon. Sean P. Dowling.  The court found in favor of our client, the plaintiff, and held that defendants violated, *inter alia*, California Business and Professions Code Section 17200.

DECL. OF ALI A. AALAEI IN SUPPORT OF PLF'S MOTION FOR ATTORNEY'S FEES
CASE NO. 14-CV-02247-VC

ii.   In 2013, I served as lead trial counsel for a defendant in a three-week jury trial before the Hon. Sean P. Dowling, Case No. 77884, Superior Court of California, County of Nevada.

iii.   In 2009, I served as lead trial counsel for the Firm representing a plaintiff before the Hon. Ronald E. Quidachay of the Superior Court, County of San Francisco, in Case No. CGC-09-494555.  The Firm prevailed, and on behalf of the client was awarded $50,235.66 in attorney's fees and costs.

9.   On or around April 1, 2014, Craig P. Ramsdell joined the Firm as *Of Counsel*.  Mr. Ramsdell received his *Juris Doctor* from Suffolk University Law School in 2007.  He graduated *cum laude* and served as Chief-Note-Editor of the *Transnational Law Review*.  Mr. Ramsdell has been licensed to practice law in Massachusetts since 2007.  Mr. Ramsdell's contributions to the Firm consist of assisting me with research and writing.

10.   Since graduating law school, Mr. Ramsdell has focused his practice on complex business and commercial litigation.

11.   Prior to joining the Firm, Mr. Ramsdell practiced at the law firm of Ferriter Scobbo & Rodophele LLP in Massachusetts for over five (5) years and subsequently became the managing partner of Ramsdell & Riffin, LLP.

12.   Mr. Ramsdell's professional experience includes the following:

i)   In 2012, Mr. Ramsdell represented a prominent company with respect to a multi-million dollar breach of contract action.

ii)   From 2007 to 2012, Mr. Ramsdell represented a prominent company in a $65 million tort and breach of contract action , Case No. SUCV2007-03243.

iii)  in 2010, Mr. Ramsdell defended a prominent company as first chair in a jury trial against Verizon Communications in an negligence action, Case No. SUCV2009-04282.

iv)  in 2009, Mr. Ramsdell served as second chair of a bench trial in which his law firm represented a major wind energy project in Massachusetts with respect to complex tort and land use issues, Case No. 09-MISC-393464.

13. I am familiar with the process for keeping business records of the Firm. All Firm attorneys and support staff create daily time records of the legal services rendered to and for clients by inputting their time directly into the computer time and billing program. All Firm attorneys and support staff track their time concurrently with the services being billed.

14. The time records are maintained in computer files in the ordinary course of business.

15. Attached hereto as <u>Exhibit A</u> is a true and correct copy of time-keeping records relating to the total hours expended by the Firm in connection with Defendant's removal and remand.

16. Invoices are submitted to clients on a monthly basis. Prior to submitting an invoice, I regularly review all of the time submitted by attorneys and legal staff at the Firm with respect to a client and eliminate any excessive, redundant or otherwise unnecessary hours from the invoice.

17. As the managing partner of the Firm, I oversee, review and approve any services performed by the Firm and any work-product prepared by the Firm.

18. The services performed with respect to Defendant's removal were, in my judgment, necessary for purposes of adequately representing Plaintiff. Such services consisted of:

(1) communications with Defendant's counsel requesting that Defendant voluntarily remand this case due to the lack of federal jurisdiction and to avoid the unnecessary legal costs associated with Plaintiff seeking a remand;

(2) communications with Defendant's counsel requesting that Defendant grant to Plaintiff an extension of time to respond to Defendant's anti-SLAPP Motion to Strike pursuant to CCP 425.16, which was improperly filed after the Court issued its Order to Show Cause, dated June 23, 2014;

(3) preparing an Administrative Motion for Extension of Time for Plaintiff to Respond to Defendant's anti-SLAPP Motion to Strike pursuant to CCP 425.16;

(4) preparing Plaintiff's Opposition to Defendant's Response to Order to Show Cause; and

(5) preparing this Motion for Attorney's Fees in accordance with the Court's Order of Remand, dated June 11, 2014.

19. Plaintiff's Opposition to Defendant's Response to Order to Show Cause involved several legal issues for which legal research was necessary, including research regarding federal question

jurisdiction, the applicability of the "artful pleading" doctrine, the well-pleaded complaint rule and federal preemption.

20.  The Firm made several efforts to limit the amount of attorney's fees it incurred as a result of Defendant's removal.  Pursuant to a series of correspondence, I requested: (1) that Defendant agree to remand this matter to state court given the lack of federal court jurisdiction; and (2) a stipulation to enlarge time for filing Plaintiff's Opposition to Defendant's anti-SLAPP Motion to Strike Plaintiff's Complaint (C.C.P. § 425.16).  Mr. Segarich refused to comply with my requests.

21.  On June 10, 2014, the Firm filed an Administrative Motion for Extension of Time to respond to Defendant's anti-SLAPP Motion to Strike Plaintiff's Complaint ("Motion for Extension"), which the Court promptly granted.  The Firm's filing of the Motion for Extension avoided the incurrence of the substantial attorney's fees that would have resulted if Plaintiff responded to Defendant's anti-SLAPP Motion.

22.  Pursuant to Civil L.R. 54-5(b)(1), I met and conferred with Mr. Segarich in an effort to stipulate as to the amount of attorney's fees to which Plaintiff is entitled, but Mr. Segarich refused on behalf of his client to stipulate.  Attached hereto as Exhibit B is a true and correct copy of my meet and confer correspondence to Mr. Segarich, which memorialized our telephonic discussion.

23.  The requested hourly billing rates of the attorneys and support staff who contributed to the representation of Plaintiff in the Action and for whom the attorney's fees and costs associated with are sought were:

   a.  Ali A. Aalaei, attorney licensed in CA

      May 1, 2014 to present rate: $470.00 per hour

   b.  Craig P. Ramsdell, attorney licensed in MA

      May 1, 2014 to present rate: $470.00 per hour

24.  The billing rates for the individuals above are based on their education, qualifications, training, experience, and prior judicial decisions within the Northern District of California and the Ninth Circuit.  The rates and fees above are reasonable and comparable to the current prevailing rates of compensation for attorneys with similar education, training, and experience in the community.

25.   A total of at least 86.2 hours were expended as set forth in Paragraphs 15 and 18-22 above. The total number of hours expended by each of the above individuals was at least:

      a.      Ali Aalaei, attorney licensed in CA

            May 1, 2014 to present: 22.6 hours

      b.      Craig Ramsdell, attorney licensed in MA

            May 1, 2014 to present: 63.6 hours

26.  The total amount of attorneys' fees sought is ($470.00 x 86.2 hours) = $40,514.00

27.  Attached hereto as Exhibit C is the most recent copy of the Laffey Matrix, available online at http://www.laffeymatrix.com/see.html.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed in San Francisco, California on August 10, 2014.


By: /s/ Ali A. Aalaei

DECL. OF ALI A. AALAEI IN SUPPORT OF PLF'S MOTION FOR ATTORNEY'S FEES
CASE NO. 14-CV-02247-VC

# Exhibit A

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105
415-357-3600
www.arilaw.com

06-12-2014

**Dr. Randal Pham**
Pham, Dr. Randal



**Invoice Number: 469**
Invoice Period: 05-01-2014 - 05-31-2014

**RE: Pham v Watts (110-102)**

## Legal Services

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 05-19-2014 | Ali Aalaei | A104 - Review / analyze removal to federal court; | 0.400 | | |
| 05-19-2014 | Ali Aalaei | A104 - Review / analyze federal docket and filings by Daniel Watts; | 0.300 | | |
| 05-19-2014 | Craig Ramsdell | Reviewing Notice of Removal to Federal Court. | 0.300 | | |
| 05-20-2014 | Ali Aalaei | A106 - Communicate (with Client) call w/ Dr. Pham, prepare for same; | 0.600 | | |
| 05-21-2014 | Craig Ramsdell | Conducting legal research for purposes of seeking remand of Notice of Removal to federal court. | 1.400 | | |
| 05-27-2014 | Ali Aalaei | A104 - Review / analyze and update calendar; | 0.100 | | |

**Total Fees:**

**Sub-Total for this Invoice:**

**Total for this Invoice:**

**Total Balance Due for Matter:**

# Matter Statement of Account

**RE: Pham v Watts (110-102)**

**Payments Applied Since Previous Invoice (05-09-2014 - 06-12-2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|---|---|---|---|---|---|---|
| ████ | █████ | ████ | ████ | ██████ | | Pham v Watts |
| | █████ | | ███ | ██████ | | Pham v Watts |

██████████████

████████

██ ███                    ████        ██        █████

███████ ██                ████                  █████

                          ████████              █████

**Total Balance Due for Matter**                █████



06-12-2014

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105

**Invoice Number: 469**
Invoice Period: 05-01-2014 - 05-31-2014

## REMITTANCE COPY

**RE: Pham v Watts (110-102)**

| | | |
|---|---|---|
| **Fees:** | ██████ |
| **Total for this Invoice:** | ██████ |
| **Total Balance Due for Matter:** | ██████ |

**Open Invoices and Credits**

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|------|---------|--------|--------|---------|-------------|
| ██████ | | ██████ | ██████ | ████ | ██████ |
| | | | ██████ | | ██████ |

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105
415-357-3600
www.arilaw.com

07-03-2014

Pham, Dr. Randal


**Invoice Number: 479**
Invoice Period: 06-01-2014 - 06-30-2014

**RE: Pham v Watts (110-102)**

## Legal Services

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 06-05-2014 | Ali Aalaei | A103 - Draft / revise letter to Segarich; | 0.700 | ▉ | ▉ |
| 06-05-2014 | Ali Aalaei | A103 - Draft / revise correspondence to Sagerich re: motion to extend time; | 0.700 | ▉ | ▉ |
| 06-05-2014 | Ali Aalaei | A104 - Review / analyze federal docket including Order to Show Cause and Case Management Scheduling Order and update calendar; Research law relating to remand of notice of removal; | 0.600 | ▉ | ▉ |
| 06-05-2014 | Ali Aalaei | A104 - Review / analyze Local Rules regarding extensions of time to respond to Anti-SLAPP motion and plan and prepare for correspondence to opposing counsel attempting to seek stipulation, phone call to opposing counsel attempting to meet and confer; | 0.200 | ▉ | ▉ |
| 06-05-2014 | Ali Aalaei | A104 - Review / analyze updated docket items, revised scheduling order, review/analyze Anti-SLAPP; | 0.300 | ▉ | ▉ |
| 06-05-2014 | Ali Aalaei | A103 - Draft / revise email update to Dr. Pham regarding ▉ | 0.100 | ▉ | ▉ |
| 06-07-2014 | Ali Aalaei | A103 - Draft / revise e-mail to Segarich regarding request for stipulation to amend briefing schedule and grounds for removal; e-mail to client providing ▉; | 0.100 | ▉ | ▉ |
| 06-09-2014 | Ali Aalaei | A103 - Draft / revise email to Segarich regarding Civ. L.R. 6-3 and removal; | 0.300 | ▉ | ▉ |
| 06-09-2014 | Ali Aalaei | A104 - Review / analyze removal notice, register of actions, contact clerk regarding court call trial setting conference; | 0.300 | ▉ | ▉ |
| 06-09-2014 | Craig Ramsdell | Preparing Motion to Change Time in order to amend the deadline to respond to Defendant's anti-SLAPP motion pending Plaintiff Pham's Motion to Remand, and all associated documents, including Proof of Service, Declaration of Ali Aalaei and Proposed Order. | 6.200 | ▉ | ▉ |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-10-2014 | Craig Ramsdell | Preparing motion to extend time in Pham v. Watts. | 1.800 | ███ | ███ |
| 06-10-2014 | Ali Aalaei | A103 - Draft / revise and finalize motion to change time; | 4.100 | ███ | ███ |
| 06-10-2014 | Ali Aalaei | A104 - Review / analyze federal docket and organize filings, prepare for courtesy copy | 0.600 | ███ | ███ |
| ███████ | | ████████████████████ | ███ | ███ | ███ |
| 06-11-2014 | Craig Ramsdell | Finalizing Motion to Enlarge Time and all associated documents; preparing cover letter and motion for filing with the U.S. Dist. Court, Northern District of California. | 1.100 | ███ | ███ |
| 06-30-2014 | Craig Ramsdell | Conducting legal research and preparing outline for Opposition to Defendant's Response to Order to Show Cause | 2.500 | ███ | ███ |
| | | | | **Total Fees:** | ███ |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| ███████ | ████████████████████ | |
| | **Total Expenses:** | ███ |
| | **Total for this Invoice:** | ███ |
| | **Total Balance Due for Matter:** | ███ |

## Matter Statement of Account

**RE: Pham v Watts (110-102)**



San Jose
San Jose, CA 94105

07-03-2014

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105

**Invoice Number: 479**
Invoice Period: 06-01-2014 - 06-30-2014

## REMITTANCE COPY

**RE: Pham v Watts (110-102)**



**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105
415-357-3600
www.arilaw.com

08-06-2014

Pham, Dr. Randal



**Invoice Number: 483**
Invoice Period: 07-01-2014 - 07-31-2014

**RE: Pham v Watts (110-102)**

## Legal Services

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 07-03-2014 | Craig Ramsdell | Preparing Plaintiff's Opposition to Defendant's Response to Order to Show Cause per request of Ali Aalaei; conducting legal research re: same, including research re: federal question jurisdiction. | 3.200 | ███ | ███ |
| 07-04-2014 | Craig Ramsdell | Preparing Plaintiff's Opposition to Defendant's Response to Order to Show Cause per request of Ali Aalaei; conducting legal research re: federal question jurisdiction; well-pleaded complaint rule; "master of complaint" doctrine; preemption of state law claims. | 3.400 | ███ | ███ |
| 07-06-2014 | Craig Ramsdell | Preparing Plaintiff's Opposition to Defendant's Response to Order to Show Cause per request of Ali Aalaei, including Statement of Facts; conducting legal research re: well-pleaded complaint rule, time period for removal; admissibility of Daniel Watts' Declaration which was not signed under penalty of perjury and the "artful pleading" doctrine. | 4.600 | ███ | ███ |
| 07-07-2014 | Craig Ramsdell | Preparing Plaintiff's Opposition to Defendant's Response to Court's Order to Show Cause per request of Ali Aalaei; conducting legal research re: same; including research re: federal subject matter jurisdiction, timing of notice of removal, well-pleaded complaint rule. | 2.800 | ███ | ███ |
| 07-08-2014 | Craig Ramsdell | Preparing Plaintiff's Opposition to Defendant's Response to Court's Order to Show Cause per request of Ali Aalaei; conducting legal research re: well-pleaded complaint rule, doctrine that Plaintiff is master of complaint, state law claim for trade name infringement v. federal claim, court's discretion to allow costs under the removal statute, 28 U.S.C. 1447(c). | 6.200 | ███ | ███ |
| 07-08-2014 | Craig Ramsdell | Preparing declaration of Ali Aalaei in Support of Plaintiff's Opposition to Defendant's Response to Court's Order to Show Cause per request of Ali Aalaei; conference call with Ali Aalaei re: same. | 1.100 | ███ | ███ |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 07-08-2014 | Craig Ramsdell | Revising and commenting on draft of Plaintiff's Opposition; preparing exhibits thereto; finalizing Opposition for filing. | 1.900 | ██ | ██ |
| 07-08-2014 | Ali Aalaei | A103 - Draft / revise response to order to show cause, review and merge work product in order to finalize draft for filing, review/analyze declaration; | 2.800 | ██ | ██ |
| 07-09-2014 | Ali Aalaei | A103 - Draft / revise courtesy copy and cover letter to clerk, email copy of same to client; | 0.600 | ██ | ██ |
| 07-14-2014 | Ali Aalaei | A104 - Review / analyze Order of the Court regarding remand and communicate (e-mail) with client regarding the same; | 0.100 | ██ | ██ |
| 07-14-2014 | Craig Ramsdell | Conference call with Ali Aalaei re: in-firm case management plan; | 0.200 | ██ | ██ |
| 07-14-2014 | Craig Ramsdell | Per request of Ali Aalaei, Preparing Form Interrogatories to serve on Defendant Daniel Watts in this matter. | 0.600 | ██ | ██ |
| ███████ | ███████ | ████████████ | ██ | ██ | ██ |
| 07-15-2014 | Craig Ramsdell | Conducting legal research per request of Ali Aalaei re: remand procedure and whether any action must be taken to remand action to superior court. | 0.200 | ██ | ██ |
| ███████ | ███████ | ████████████ | ██ | ██ | ██ |
| ███████ | ███████ | ████████████ | 0.300 | ██ | ██ |
| 07-23-2014 | Ali Aalaei | A103 - Draft / revise meet and confer email to Mr. Segarich; | 0.100 | ██ | ██ |
| ███████ | ███████ | ████████████ | ██ | ██ | ██ |
| ███████ | ███████ | ████████████ | ██ | ██ | ██ |
| 07-25-2014 | Ali Aalaei | A105 - Communicate (in firm) call w/ A. Segarich re: meet and confer with respect to attorney's fees application; | 0.300 | ██ | ██ |
| 07-25-2014 | Craig Ramsdell | Attend conference call with Ali Aalaei and Daniel Watts' counsel, Alec Segarich, re: attorney's fees and case proceeding forward. | 0.500 | ██ | ██ |

**Total Fees:** ██

**Total for this Invoice:** ██
**Total Balance Due for Matter:** ██

# Matter Statement of Account

<u>**RE: Pham v Watts (110-102)**</u>

**Payments Applied Since Previous Invoice (07-03-2014 - 08-06-2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|------------|--------|
| ███████ | ████ | ████ | ████ | ████████ | | Pham v Watts |

**Balances As Of 08-10-2014**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| ████ | ██ | ████ | ███ | ████ |
| ████ | ██ | ████ | | ████ |
| | | | SubTotal: | ████ |
| ████████████ | | | | ████ |

San Jose
San Jose, CA 94105

08-06-2014

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105

**Invoice Number: 483**
Invoice Period: 07-01-2014 - 07-31-2014

## REMITTANCE COPY

**RE: Pham v Watts (110-102)**

**Fees:** ███████

**Total for this Invoice:** ███████

**Total Balance Due for Matter:** ███████

### Open Invoices and Credits

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|------|---------|--------|--------|---------|-------------|
| ████ | | ████ | ███ | ██ | ███ |
| ████ | | ████ | ███████ | | ███ |

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105
415-357-3600
www.arilaw.com

08-10-2014

Pham, Dr. Randal
San Jose
San Jose, CA 94105

**Invoice Number: N/A**
Invoice Period: 08-01-2014 - 08-10-2014

**RE: Pham v Watts (110-102)**

## Legal Services

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-04-2014 | Craig Ramsdell | Preparing Motion for Attorney's Fees per request of Ali Aalaei, including introduction and statement of facts; conducting legal research re: civil local rules for reviews applying to Motion for Attorney's Fees; conducting legal research re: "lodestar method"; reviewing Court's Order of Remand. | 4.100 | ■■■ | ■■■ |
| 08-04-2014 | Craig Ramsdell | Conference call with Ali Aalaei re: Application for Attorney's Fees. | 0.400 | ■■■ | ■■■ |
| 08-05-2014 | Craig Ramsdell | Preparing Motion for Attorney's Fees per request of Ali Aalaei; conducting legal research re: same. | 6.500 | ■■■ | ■■■ |
| 08-06-2014 | Craig Ramsdell | Preparing Motion for Attorney's Fees per request of Ali Aalaei; conducting legal research re: "lodestar" method, standards for determining reasonableness of hours expended and reasonableness of attorney's rates; preparing notice of motion; communications with Ali Aalaei re: same; conference with Ali Aalaei re: same. | 4.200 | ■■■ | ■■■ |
| 08-06-2014 | Ali Aalaei | A103 - Draft / revise correspondence to client regarding Court Order providing for expenses from Daniel Watts (.2); prepare draft of fees application (.3); | 0.500 | ■■■ | ■■■ |
| 08-06-2014 | Ali Aalaei | A103 - Draft / revise correspondence to Mr. Segarich regarding attorney's fees and meet and confer; | 0.200 | ■■■ | ■■■ |
| 08-06-2014 | Ali Aalaei | A105 - Communicate (in firm) discussion with CPR regarding coordinating plan for filing attorney's fees application and applicable factual and legal investigation regarding same; | 0.300 | ■■■ | ■■■ |
| 08-06-2014 | Ali Aalaei | A103 - Draft / revise application for expenses and supporting declaration, merge work product of counsel; | 0.200 | ■■■ | ■■■ |
| 08-06-2014 | Ali Aalaei | A103 - Draft / revise letter to Opposing Counsel re: meet and confer regarding resolution of expenses and attorney's fees issue, check Local Rules relating to same; | 0.300 | ■■■ | ■■■ |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 08-07-2014 | Ali Aalaei | A103 - Draft / revise application for attorney's fees; | 0.600 | ███ | ███ |
| 08-07-2014 | Craig Ramsdell | Preparing Motion for Attorney's Fees per request of Ali Aalaei; conducting legal research re: same; reviewing pertinent invoices; preparing Proposed Order; preparing Notice of Motion; reviewing Local Rules of U.S. Dist. Court of Northern District of California. | 4.600 | ███ | ███ |
| 08-08-2014 | Craig Ramsdell | Finalizing Proposed Order for Plaintiff's Motion for Attorney's Fees per feedback and request of Ali Aalaei; assisting in preparation of Declaration for Ali Aalaei. | 0.600 | ███ | ███ |
| 08-08-2014 | Ali Aalaei | A103 - Draft / revise Motion and incorporate work product of C. Ramsdell into my final draft; | 0.400 | ███ | ███ |
| 08-10-2014 | Ali Aalaei | A103 - Draft / revise and finalize application for attorney's fees and supporting declaration, merge all work product into final draft; | 6.500 | ███ | ███ |
| 08-10-2014 | Craig Ramsdell | Preparing Plaintiff's Motion for Attorney's Fees per request of Ali Aalaei; Revising and commenting on Declaration of Ali Aalaei; compiling exhibits associated with Motion; preparing Proof of Service and assisting in preparation of finalizing motion; | 5.200 | ███ | ███ |

**Total Fees:** ███

**Total for this Invoice:** ███
**Total Balance Due for Matter:** ███

DRAFT

# Matter Statement of Account

### RE: Pham v Watts (110-102)

**Payments Applied Since Previous Invoice (08-06-2014 - 08-10-2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|---|---|---|---|---|---|---|
| ██████ | █████ | █████ | █████ | | | |
| | | | | █████ | █████ | █████ |
| | | | | █████ | | █████ |

**Balances As Of 08-10-2014**

Open Invoices

| Date | Invoice | | Amount | Paid | Balance |
|---|---|---|---|---|---|
| █████ | █ | | █████ | ██ | █████ |
| █████ | █ | | █████ | | █████ |
| █████ | ███ | | █████ | | |
| | | | | SubTotal: | █████ |
| ██████████ | | | | | █████ |



San Jose
San Jose, CA 94105

08-10-2014

**ARI LAW, P.C.**
90 New Montgomery Street
Suite 905
San Francisco, CA 94105

**Invoice Number: N/A**
Invoice Period: 08-01-2014 - 08-10-2014

## REMITTANCE COPY

**RE: Pham v Watts (110-102)**

| | | |
|---:|---:|---|
| **Fees:** | ███████ |
| **Total for this Invoice:** | ███████ |
| **Total Balance Due for Matter:** | ███████ |

### Open Invoices and Credits

DRAFT

| Date | Invoice | Matter | Amount | Credits | Balance Due |
|---|---|---|---|---|---|
| ██████ | █████ | ██████ | ██████ | ███ | ██████ |
| ██████ | ███ | ██████ | ██████ | | ██████ |
| | | | █████████ | | ██████ |

# Exhibit B



Ari Law, P.C.
90 New Montgomery, Suite 905
San Francisco, CA 94105
Phone: 415-357-3600 | Fax: 415-357-3602 | www.arilaw.com

August 6, 2014

**<u>Sent Via E-mail</u>**

Alec Segarich
SAGER SEGARICH LLP
201 Spear Street, Suite 1100
San Francisco CA, 94105
asegarich@sagersegarich.com

Re:   *Pham v. Watts, et al.* (14-CV-02247 VC)

Dear Alec:

This letter follows our telephonic meet and confer held on July 25, 2014, during which we discussed potentially working together to resolve the amount of expenses ordered to be paid by your client pursuant to the Court's Order of Remand ("the Order") (Doc. 23).

Since we have not heard from you since our call, we will assume that your client is not interested in working together with respect to this issue. Nevertheless, I recommend that your client offer to stipulate to pay the amount of $24,000, in order to save the additional expense of plaintiff having to file an application for expenses including attorney's fees, and the expense of your client's response (in addition to any court time), within thirty (30) days.

Please let met know by tomorrow, Thursday, August 7, 2014, if you would like to further discuss this issue or if there is anything else that you would like to discuss. Thank you.

Sincerely,

Ali A. Aalaei
Attorney for Plaintiff,
Randal Pham, M.D.

# Exhibit C

# LAFFEY MATRIX

History
Case Law
Expert Opinions
See the Matrix
Contact us
Home
Links

| | | | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

\* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

\*\* The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.